UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HERMAN K. GOLNIK, JR.** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV777 (EBB) |
| v. | : | |
| | : | |
| **SUPERINTENDENT ANTHONY AMATO, ATTORNEY FRANK DUMONT, PRINCIPAL EVELYN IRIZARRY, HARTFORD PUBLIC SCHOOLS, STATE BOARD OF TRUSTEES FOR THE HARTFORD PUBLIC SCHOOLS AND THE CITY OF HARTFORD** | : : : : : : : : | |
| Defendants. | : | DECEMBER 9, 2003 |
| | : | |

**MOTION FOR EXTENSION OF DEADLINES**

The parties respectfully request that the court grant an extension of the remaining deadlines in this case as follows:

1. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), shall be completed (not propounded) on or before March 31, 2004.

2. Plaintiff shall designate any expert witnesses and provide opposing counsel with reports complying with Fed. R. Civ. P. 26(a)(2) on or before January 2, 2004.

3. Defendants shall designate their expert witnesses and provide opposing counsel with reports complying with Fed. R. Civ. P. 26(a)(2) on or before March 1, 2004.

4. Dispositive motions shall be filed on or before May 14, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The parties require additional time to diligently pursue discovery in a cost-effective manner. The parties also believe that the court's ruling on the Defendants' pending Motion to Dismiss will guide them in determining the scope of discovery. The parties have commenced the deposition of the plaintiff but have not been able to conclude such deposition as of this date. Additionally, the parties have been pursuing discovery from relevant medical providers. However, due to counsels' trial schedules and vacation schedules, the parties do not anticipate completing discovery prior to the end of this year. This is the third requested extension of deadlines.

|  |  |
|---|---|
| PLAINTIFF,<br>HERMAN K. GOLNIK, JR. | DEFENDANTS,<br>SUPERINTENDENT ANTHONY AMATO,<br>ATTORNEY FRANK DUMONT, PRINCIPAL<br>EVELYN IRIZARRY, HARTFORD PUBLIC<br>SCHOOLS, STATE BOARD OF TRUSTEES<br>FOR THE HARTFORD PUBLIC SCHOOLS<br>AND THE CITY OF HARTFORD |
| By: /s/   Kathleen A. Moore-Kocot<br>    Kathleen A. Moore-Kocot, ct23072<br>    P.O. Box 162<br>    Agawam, MA  01001<br>    (413) 786-1184<br>    His Attorney | By: /s/   Joseph W. McQuade<br>    Joseph W. McQuade, ct12121<br>    Kainen, Escalera & McHale, P.C.<br>    21 Oak Street, Suite 601<br>    Hartford, CT  06106<br>    (860) 493-0870 (tel.)<br>    (860) 493-0871 (fax)<br>    jmcquade@kemlaw.com<br>    Their Attorneys |

12108