FILED
Dec 11  3 44 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HERMAN K. GOLNIK, JR. | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV777 (EBB) |
| v. | : | |
| SUPERINTENDENT ANTHONY AMATO, ATTORNEY FRANK DUMONT, PRINCIPAL EVELYN IRIZARRY, HARTFORD PUBLIC SCHOOLS, STATE BOARD OF TRUSTEES FOR THE HARTFORD PUBLIC SCHOOLS AND THE CITY OF HARTFORD | : : : : : : : | |
| Defendants. | : | DECEMBER 9, 2003 |

## MOTION FOR EXTENSION OF DEADLINES

The parties respectfully request that the court grant an extension of the remaining deadlines in this case as follows:

1. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), shall be completed (not propounded) on or before March 31, 2004.

2. Plaintiff shall designate any expert witnesses and provide opposing counsel with reports complying with Fed. R. Civ. P. 26(a)(2) on or before January 2, 2004.

3. Defendants shall designate their expert witnesses and provide opposing counsel with reports complying with Fed. R. Civ. P. 26(a)(2) on or before March 1, 2004.

4. Dispositive motions shall be filed on or before May 14, 2004.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**