UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HERMAN K. GOLNIK, JR.

  -vs-                                                                        Civil No. 3:02CV777(EBB)

SUPERINTENDENT ANTHONY
AMATO OF HARTFORD PUBLIC
SCHOOL SYSTEMS, ATTORNEY
FRANK DUMONT, PRINCIPAL EVELYN
IRIZARRY, HARTFORD PUBLIC
SCHOOLS, STATE BOARD OF TRUSTEES
FOR HARTFORD PUBLIC SCHOOLS,
AND CITY OF HARTFORD

## JUDGMENT

This action came on for consideration on defendants' motion to dismiss, before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 30, 2003, a Ruling on Motion to Dismiss entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 31st day of December, 2003.

                                                              KEVIN F. ROWE, CLERK

                                      By      /s/
                                               Melissa Ruocco
                                               Deputy Clerk

EOD: _____